UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MAURICE HARDAWAY,

    Plaintiff,

v.

BRETTA MEYERHOFF, CHARLES PARNELL, JEANETTE COWAN and DONALD GAETZ,

    Defendants.

Case No. 10-cv-556-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Maurice Hardaway's claims against defendants Jeanette Cowan and Donald Gaetz are dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that judgment in this case is entered in favor of defendants Brett Meyerhoff (improperly named in the complaint as Bretta Meyerhoff) and Charles Parnell and against plaintiff Maurice Hardaway

**DATED: June 27, 2012**    NANCY J. ROSENSTENGEL, Clerk of Court

    **S/Deborah Agans, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**